UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STRYKER ORTHOPAEDICS, | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 3:11MC10 (DFM) |
| SCOTT NIZOLEK, | : |
| Defendant. | : |

## ORDER RE: STRYKER ORTHOPAEDICS'S "EMERGENCY MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS"

Pending before the court is the plaintiff Stryker Orthopaedics's "Emergency Motion to Compel Compliance with Subpoenas" filed on February 18, 2011. (Doc. #13.) Attached to the motion are copies of subpoenas seeking the production of documents directed at Marcus Bartone, Brad Wood and Craig Jackson. The witnesses responded to the subpoenas with objections to the production requests. The plaintiff now seeks an order from the court overruling the objections and compelling the witnesses to produce the documents specified in the subpoena.

Due to a change in the court's schedule, the hearing on the motion is rescheduled to May 3, 2011 at 2:00 p.m. The plaintiff and Messrs. Bartone, Wood and Jackson are ORDERED to appear before the undersigned for a hearing on the plaintiff's motion to compel on May 3, 2011 at 2:00 p.m. in the East Courtroom.

The plaintiff shall cause a copy of this order to be served on the witnesses by April 28, 2011 and shall file proof of service.

SO ORDERED at Hartford, Connecticut this 25th day of April, 2011.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge